IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM R. ROSE,

    Plaintiff,

vs.

KOMYO AMERICA CO., INC., et al.,

    Defendants.

Case No. 3:10cv122

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY DISMISSING DEFENDANT, KOMYO AMERICA CO., INC., AND INDIVIDUAL DEFENDANTS; FURTHER CONFERENCE CALL SET BETWEEN REMAINING PARTIES, TO WIT: PLAINTIFF AND DEFENDANT AMERICAN HONDA MOTOR CO., INC.

---

Pursuant to the most recent status report of counsel, under date of July 27, 2012 (Doc. #17), the Defendants Komyo America, Co., Inc., as well as the individual Defendants, Butler, Franey, Koichi Masaki as well as the John and Jane Does are dismissed as parties Defendant to this lawsuit.

A further telephone conference call will be had, between Court and counsel on Wednesday, September 19, 2012, at 5:00 p.m., between the remaining parties, Plaintiff and American Honda Motor Co., Inc., to determine further procedures in the captioned cause.

August 10, 2012

*/s/ Walter Herbert Rice*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record