IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM R. ROSE,         :

      Plaintiff,

v.         :    Case No. 3:10cv122

KOMYO, INC., et al.,          JUDGE WALTER H. RICE

      Defendants.         :

---

DECISION AND ENTRY DISMISSING CAPTIONED CAUSE, WITHOUT
PREJUDICE, SUBJECT TO CONDITIONS SHOULD PLAINTIFF'S ESTATE
WISH TO REOPEN CAPTIONED CAUSE; TERMINATION ENTRY

---

Pursuant to an October 16, 2012, conference call between Court and counsel, on the record, it having been suggested to this Court that the Plaintiff died on or about October 1, 2012, and that no claim is expected to be pursued in the captioned cause for the decedent's estate, this Court dismisses Plaintiff's Complaint, without prejudice, but with conditions such as the payment of duplicate costs, etc., should Plaintiff's estate wish to further proceed with the captioned cause.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 7, 2012I

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Chris Owens, U.S. Probation Officer